# United States District Court

## District of Minnesota – Sixth Division

| | | |
|---|---|---|
| Dylan Cole Rossbach, | ) | **Case Number: 08-1295 (PAM/RLE)** |
| | ) | |
| Plaintiff, | ) | **Order for Consolidation** |
| | ) | |
| v. | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Defendant. | ) | |
| And | | |
| Rhonda Garrigan, | ) | **Case Number: 08-1296 (PAM/RLE)** |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Defendant. | ) | |

The court having been presented with a Stipulation for Consolidation signed by counsel for the parties in the above referenced matter and being advised that actions arise out of the same transaction or series of transactions for which the Plaintiffs have sued the United States under the Federal Trot Claims Act and that no party would be prejudiced by consolidation;

NOW, THEREFORE, IT IS HEREBY ORDERED:

　　1.　The above entitled actions captioned <u>Dylan Cole Rossbach v. United States of America</u>, Civ. No 08-1295 PAM/RLE and <u>Rhonda Garrigan v. United States of America</u>, Civ. No. 08-1296 PAM/RLE, are hereby consolidated.

    2.    The actions shall hereinafter be captioned <u>Dylan Cole Rossbach and Rhonda Garrigan v. United States of America</u>, Civ. No 08-1296 PAM/RLE.

3.   The case known as <u>Dylan Cole Rossbach  v. United States</u>, Civ. No. 08-1295 PAM/RLE is dismissed with prejudice as a result of the consolidation.

Dated: September   _17_ , 2008.

                               <u>s/Paul A. Magnuson</u>
                               Paul A. Magnuson, Judge
                               United States District Court