UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 08-1296 PAM/RLE

| | |
|---|---|
| DYLAN COLE ROSSBACH AND RHONDA GARRIGAN, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. ) | **ORDER** |

Based on the stipulation of the parties, it is hereby

ORDERED that the above entitled complaint and action is and shall be dismissed with prejudice, each party to bear its own costs and expenses.

Dated this __26th__ day of May 2009.

                                                 s/Paul A. Magnuson
                                                The Honorable Paul A. Magnuson
                                                United States Senior Judge